DREIER LLP
499 Park Avenue
New York, New York 10022
Steven E. Fox (SF 5432)
Anthony Stumbo (AS 9374)
Tel. (212) 328-6100

DREIER LLP
One Landmark Square
Stamford, Connecticut 06901
Joseph M. Pastore III (JP 1717)
Tel. (203) 425-9500

Counsel for the Debtor and Mr. Hockler

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――x
In re:                              :
                                    :   CHAPTER 7
                                    :
DUCKY INTERACTIVE, INC.,            :
                                    :   CASE NO. 05-23457 (ASH)
                   Debtor           :
―――――――――――――――――――――――x   Re: Docket No. 68

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158 and Bankrupty Rule 8005, Scott B. Hockler, in his capacity as the court-designated "representative" of the Debtor, solely in connection with a certain Bankruptcy Rule 2004 examination conducted by Saylavee, LLC , by and through his undersigned counsel, appeals from the order imposing sanctions of the Bankruptcy Court, the Honorable Adlai S. Hardin, entered in the above proceeding on the 1st day of June, 2007 (the "Order"). A copy of the Order is attached hereto as Exhibit A.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

Steven E. Fox, Esq.
Anthony B. Stumbo, Esq.
Joseph M. Pastore III, Esq.
499 Park Avenue
New York, New York 10022
(212) 328-6100
   *   *   *
One Landmark Square, 20th Floor
Stamford, Connecticut 06901
(203) 425-9500
**Counsel for the debtor and
Scott B. Hockler**

Louis B. Testa
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000
**Counsel to Saylavee, LLC**


Dated: New York, New York
       June 11, 2007

                         Respectfully submitted,

                         DREIER LLP

                         By:   */s/ Steven E. Fox*
                              Steven E. Fox (SF 5432)
                              Anthony B. Stumbo (AS 9374)
                              499 Park Avenue
                              New York, New York 10022
                              Tel. (212) 328-6100

                              -and-

                         DREIER LLP
                         Joseph M. Pastore III  (JP 1717)
                         One Landmark Square
                         Stamford, Connecticut 06901
                         Tel. (203) 425-9500

                         Counsel for the Debtor and Scott B. Hockler

# Exhibit A

Louis J. Testa (LT2213)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
Tel. 203.821.2000 / Fax 203.821.2008
Counsel to Saylavee, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | |
| | CHAPTER 7 |
| DUCKY INTERACTIVE, INC., | |
| | CASE NO. 05-23457 (ASH) |
| Debtor | |
| | Re: Docket No. 68 |

## ORDER

Saylavee, LLC ("Saylavee") having moved for (a) an Order of Contempt Pursuant to Rule 9016 Fed. R. Bankr. P. and Rule 45(e) F. R. Civ. P. and (b) Imposition of Sanctions in this case,

Upon reading and filing the Motion (a) for Order of Contempt Pursuant to Rule 9016 Fed. R. Bankr. P. and Rule 45(e) F. R. Civ. P. and (b) Imposition of Sanctions dated January 5, 2007 ("Motion") together with the exhibits annexed thereto (Doc. No. 68), the Affidavit of Louis J.Testa sworn to January 5, 2007 in support thereof, Debtor's opposition to Saylavee's Motion for Contempt together with the exhibits annexed thereto dated February 9, 2007 (Doc. No. 71), the Supplemental Affidavit of Louis J. Testa in Support of Motion (a) for an Order of Contempt Pursuant to Rule 9016 Fed. R. Bankr. P. and Rule 45(e) F. R. Civ. P., (b) Imposition of Sanctions sworn to the 12th day of February, 2007 (Doc. No. 72) together with the exhibits annexed thereto, together with due proof of service of each of the foregoing documents, and this matter having come on for further hearing before this Court on February 13, 2007, (c) Debtor's Opposition to Motion for Contempt together with exhibits annexed thereto filed with this Court on February 9, 2007, and (d) Debtor's Memorandum in Opposition to Motion Seeking an Order

of Contempt together with exhibits annexed thereto filed on May 8, 2007, due deliberation having been had hereon and good and sufficient cause appearing,

Now, upon Motion of Saylavee, LLC by its counsel, Neubert, Pepe & Monteith, P.C. (by Louis J. Testa, Esq.) it is hereby

ORDERED, that the Motion be, and the same hereby is, GRANTED to the extent hereinafter set forth; and it is further

ORDERED, that sanctions in the amount of Eighteen Thousand and 00/100 Dollars ($18,000.00) ("Sanctions") are hereby imposed upon Scott B. Hockler ("Hockler"); and it is further

ORDERED, that Hockler is hereby directed to make payment of the amount of the Sanctions to Saylavee, LLC within 10 days upon receipt of notice of entry of this Order; and it is further

ORDERED, that upon the failure of Hockler to make payment pursuant to the terms and provisions of this Order, and without further notice, judgment shall be entered in favor of Saylavee, LLC against Scott B. Hockler in an amount to be determined by the Court.


Dated: White Plains, NY
       June 1, 2007

                                    /s/Adlai S. Hardin, Jr.
                                          U.S.B.J.