DREIER LLP
499 Park Avenue
New York, New York 10022
Steven E. Fox (SF 5432)
Anthony Stumbo (AS 9374)
Tel. (212) 328-6100

DREIER LLP
One Landmark Square
Stamford, Connecticut 06901
Joseph M. Pastore III (JP 1717)
Tel. (203) 425-9500

Counsel for the Debtor and Mr. Hockler

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | : |
|  | :  CHAPTER 7 |
| DUCKY INTERACTIVE, INC., | : |
|  | :  CASE NO. 05-23457 (ASH) |
| Debtor | : |
|  | x  Re: Docket No. 68 |

### DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES FILED BY APPELLANT, SCOTT B. HOCKLER, INC.

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellant, Scott B. Hockler, in his capacity as the court-designated "representative" of the Debtor, solely in connection with a certain Bankruptcy Rule 2004 examination conducted by Saylavee, LLC, hereby designates the items set forth below to be included in the record on appeal of the Order Imposing Sanctions, dated June 1, 2007, issued by the Bankruptcy Court (the "Order"). The Appellant timely perfected its appeal of the Order by filing a Notice of Appeal with the Bankruptcy Court on June 11, 2007.

The following items are to be included in the record on appeal:

1. Motion to Compel Production of Documents filed by Saylavee, LLC

(including Exhibits A-I).

    2.    Affirmation of Louis J. Testa in Support of Motion to Compel.

    3.    Ducky Interactive's Response in Opposition to Motion by Saylavee, LLC Seeking (a) Motion to Compel Further Production of Documents and (b) Seeking an Order of Contempt.

    4.    Transcript of Hearing, re: Saylavee's Motion to Compel held on October 28, 2006.

    5.    Order granting Saylavee's Motion to Compel Production of Documents.

    6.    Supplemental Affidavit in Support of Motion to Compel filed by Saylavee (including Exhibits A-K).

    7.    Transcript of Hearing Held on November 15, 2006, re: Motion to Compel.

    8.    Order Granting Motion to Compel.

    9.    Motion for Contempt Pursuant to Rule 9016 Fed. R. Bankr. P. and Rule Fed. R. Civ. P. 45(e) and Motion for Sanctions filed by Saylavee (including Exhibits A-C).

    10.    Affidavit of Louis J. Testa in Support of Motion for Contempt and Sanctions.

    11.    Opposition to Saylavee's Motion for Contempt filed by Ducky Interactive, Inc.

    12.    Supplemental Affidavit of Louis J. Testa in Support of Motion for Contempt and Sanctions (including Exhibits A-G).

    13.    Order re: Production of Financial Records.

    14.    Transcript of Hearing Held on February 13, 2007, re: Motion for

Contempt.

15. Debtor's Representative's Memorandum in Opposition to Saylavee's Motion Seeking Order of Contempt.

16. Affidavit of Louis J. Testa in Response to Memorandum in Opposition to Saylavee's Motion Seeking Order of Contempt.

17. Order Granting Motion for Sanctions.

Appellants submit the following statement of issues on appeal:

1. Whether the Bankruptcy Court erred in granting Saylavee, LLC's Motion for (a) Order of Contempt Pursuant to Rule 9016 Fed. R. Bankr. P. and Rule 45(e) F. R. Civ. P. and (b) Imposition of Sanctions, to the extent that: (i) sanctions in the amount of Eighteen Thousand and 00/100 Dollars ($18,000.00) ("Sanctions") were imposed upon Scott B. Hockler; (ii) Mr. Hockler was directed to make payment of the amount of the Sanctions to Saylavee, LLC within 10 days upon receipt of notice of entry of the Order; and (iii) upon failure of Hockler to make payment pursuant to the terms and provisions of the Order, and without further notice, judgment shall be entered in favor of Saylavee, LLC and against Mr. Hockler in an amount to be determined by the Court.

Dated: New York, New York
       June 21, 2007

Respectfully submitted,

DREIER LLP

By:   */s/ Steven E. Fox*
      Steven E. Fox (SF 5432)
      Anthony B. Stumbo (AS 9374)
      499 Park Avenue
      New York, New York 10022
      Tel. (212) 328-6100

-and-

DREIER LLP
Joseph M. Pastore III  (JP 1717)
One Landmark Square
Stamford, Connecticut 06901
Tel. (203) 425-9500

Counsel for the Debtor and Scott B. Hockler