Louis J. Testa (LT2213)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut  06510
Tel. 203.821.2000 / Fax 203.821.2008
Counsel to Saylavee, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
In re:                              :
                                    :       CHAPTER 7
DUCKY INTERACTIVE, INC.,            :
                                    :       CASE NO. 05-23457 (ASH)
              Debtor                :
_____x        Re:  Docket Nos. 95 and 99

## APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED ON THE RECORD ON APPEAL

Saylavee, LLC ("Appellee"), pursuant to Rule 8006 Fed.R.Bankr.P., hereby designates the following additional items to be included on the Record of Appeal filed by Appellant, Scott B. Hockler, on June 11, 2007:

1.   Letter dated April 20, 2007 from Louis J. Testa, Esq. to the Hon. Adlai S. Hardin, Jr. including Attachments "A" through "G" thereof.  (No Docket Number)

2.   For purposes of clarification, due to the omission of corresponding docket numbers by the Appellant on the Designation of Record on Appeal dated June 21, 2007, Appellee understands the following docket numbers to be included in the Record on Appeal as so designated by the Appellant:  Docket Nos. 30, 43, 66, 50, 60, 63, 68, 71, 72, 74, 80, 83, 85 and 90.

Dated: June 29, 2007

                SAYLAVEE, LLC

          By: /s/ Louis J. Testa
             Louis J. Testa (LT2213)
             Neubert, Pepe & Monteith, P.C.
             195 Church Street, 13th Floor
             New Haven, Connecticut 06510
             Tel. 203-821-2000 / Fax 203-821-2008
             Email: ltesta@npmlaw.com