# NEUBERT, PEPE & MONTEITH, P.C.
Attorneys At Law

| | | |
|---|---|---|
| Michael D. Neubert | Eric J. Stockman | Jennifer L. Cammarano |
| Gregory J. Pepe | Kevin M. Godbout | Heather R. Spaide |
| Deborah Monteith Neubert | Cameron C. Staples | |
| Douglas S. Skalka | Mark I. Fishman | **Counsel:** |
| Judy K. Weinstein | Simon I. Allentuch | Louis J. Testa* |
| Peter T. Fay | Gretchen G. Randall | Maureen Sullivan Dinnan |
| Andrew R. Lubin | Mark E. Stopa | Regina Duchin Kraus |
| Robert T. Gradoville | Jason T. Prueher | **Of Counsel:** |
| Nancy Bohan Kinsella | Lucas B. Rocklin | Sonja Goldstein |

195 Church Street, 13th Floor
P.O. Box 1940
New Haven, Connecticut 06509-1940
Telephone: (203) 821-2000
Facsimile: (203) 821-2009

30 Jelliff Lane
Southport, Connecticut 06890-1482
Telephone: (203) 254-9332
Facsimile: (203) 254-9239

*Admitted in New York Only

*Reply to P.O. Box*
www.npmlaw.com

August 6, 2007

**Via Facsimile and Regular Mail**
(914) 390-4179

The Honorable Stephen C. Robinson
U.S. District Judge
United States Bankruptcy Court
300 Quarropas Street, Room 633
White Plains, NY 10601-4150

## MEMO ENDORSED

Re: Ducky Interactive, Inc. – Case No. 7:07-CV-06410 (SCR)

Dear Judge Robinson:

Our firm represents Saylavee LLC, as appellee in the above referenced action. The appellant is Scott B. Hockler.

Per my telephone conversation this date with Brandon Skolnik, Esq., please view this letter as a request for an extension of the time within which our client shall be required to file and serve the Brief of Appellee pursuant to Rule 8009(a)(2) Fed.R.Bankr.P. until August 31, 2007. This request extension arises from an intervening vacation and scheduling conflicts involving counsel for the appellee.

Please be advised that Joseph M. Pastore, III, Esq. of the law firm of Dreier, LLP, counsel for the appellant, has graciously agreed to this request for extension.

By copy of this correspondence mailed contemporaneously herewith, I am providing Mr. Pastore of notice of submission of this request to the Court.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

**APPLICATION GRANTED**

*Stephen C. Robinson*
HON. STEPHEN C. ROBINSION
8/7/07

Please do not hesitate to contact me if you have any questions with regard to the foregoing or require further information on this matter.

Respectfully yours,

Louis J. Testa

cc: Joseph M. Pastore, III, Esq.