# EXHIBIT A

Bank of America

September 28, 2006

Dear Sir or Madam:

Please be advised that Scott Hockler has ordered statements for Ducky Interactive. These statements will be available early next week. If there are any questions, please feel free to call me at 203-629-4022.

Sincerely,

Jonathan Schmid
Vice-President
Banking Center Manager

Recycled Paper