# EXHIBIT B



Citibank, N.A.
66 South Moger Avenue
Mount Kisco, NY 10549

September 28, 2006

To Whom It May Concern:

Mr. Scott Hockler today requested bank statements from January 2004 to January 2006 on the Ducky Interactive Inc. account. The request will take up to 10 business days to process.

I will notify him when they are received.

Sincerely,

Richard Vecchione
Business Banking Officer

A member of citigroup