DREIER LLP
499 Park Avenue
New York, New York 10022
Steven E. Fox (SF 5432)
Anthony Stumbo (AS 9374)
Tel. (212) 328-6100

DREIER LLP
One Landmark Square
Stamford, Connecticut 06901
Joseph M. Pastore III
Earl T. Ormond
Tel. (203) 425-9500

Counsel for the Debtor and Scott B. Hockler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Ducky Interactive, Inc., <br><br>            Debtor. | Case No. 05-23457 <br>    (Chapter 7) |
| Scott B. Hockler, <br>            Appellant. <br> vs. <br><br> Steven Lichtman and Saylavee LLC, <br><br>            Appellees. | No. 07-civ-6410 (SCR) <br><br> Before Hon. Stephen C. Robinson |

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK )

### AFFIDAVIT OF SERVICE

JEAN L. GUERRIER, being duly sworn, deposes and says:

1. I am not a party to the above-mentioned action, am over 18 years of age and reside in Nassau County, New York.

2. On September 20, 2007, I caused to be served true and correct copies of the ***REPLY AFFIDAVIT of Scott Hockler in Opposition re: [6] Appellee's Brief. Document filed by Scott B. Hockler. (Attachments: # (1) Exhibit A- Bank of America Letter# (2) Exhibit B- Citibank Letter# (3) Exhibit C- Proposed Settlement)(Fox, Steven),*** via Federal Express, postage prepaid, to the parties listed on the attached Service List:

                                             */s/ Jean Guerrier*
                                             Jean L. Guerrier

Sworn to before me this
20th day of September, 2007

 */s/Anthony Stumbo*
Anthony Stumbo
Notary Public, State of New York
No. 02ST6057531
Qualified in Kings County
Commission Expires:  April 16, 2010

{00290957.DOC;}

## SERVICE LIST

Neubert, Pepe & Monteith, P.C.
195 Church Street
New Haven, CT 06510
Attn: Douglas S. Skalka
      Louis J. Testa


Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
United States Trustee


Jeffrey L. Sapir, Esq.
399 Knollwood Road, Suite 102
White Plains, NY 10603
Chapter 7 Trustee

{00290957.DOC;}